CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Chane Wolfgang Pflieger** DOB: 1991; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-08706MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(ii).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about August 16, 2021, in the District of Arizona, **Chane Wolfgang Pflieger**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Rodrigo Carrillo-Montiel; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(A)(v)(I).**

**COUNT 2 (Felony)** On or about August 16, 2021, in the District of Arizona, **Chane Wolfgang Pflieger**, knowing and in reckless disregard of the fact that certain illegal aliens, including Rodrigo Carrillo-Montiel, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about August 16, 2021, in the District of Arizona (Hereford), a United States Border Patrol Agent (BPA) operating a camera, saw three suspected noncitizens sneaking through the brush. The three subjects then walked to the north side of the Bisbee Junction Road and laid up. Approximately 15 minutes later, the three subjects stood up, ran to 2020 Hyundai Kona that pulled off the side of the road, and got inside. A BPA responded, found the vehicle, and requested records checks. The vehicle was registered to a car rental company in Phoenix. The BPA activated his emergency equipment and the vehicle stopped. The BPA approached the vehicle and could see three people laying down in the rear cargo area who were wearing camouflage clothing and carpet booties on their feet. All three admitted they were in the U.S. illegally, including Rodrigo Carrillo-Montiel. The driver was identified as **Chane Wolfgang Pflieger.**

In a post-*Miranda* statement, **Pflieger** said he met someone on a social media application and that the unidentified person had asked him to pick up some "friends." **Pflieger** was told that the friends would be waiting for him at a pre-determined location near the border with Mexico.

Material witness Rodrigo Carrillo-Montiel said he had arranged to be smuggled into the United States for money. Carrillo said that he and two others crossed the U.S. border illegally and that they were wearing camouflage clothing. Carrillo said they were instructed to until they reached a dirt road. Once they reached the dirt road, a blue SUV arrived and the driver shouted "Rodrigo" out of the window, indicating that he was their driver. Carrillo said that all three got inside the vehicle still wearing their camouflage clothing.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Rodrigo Carrillo-Montiel

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>August 17, 2021 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54